UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MELISSA M. GLANBLOCKY,

  Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

  Defendant.

CASE NO.  C09-5149JRC

ORDER GRANTING
PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

  Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.  Plaintiff does not

appear to have funds available to afford the $350.00 filing fee.

  The clerk is directed to issue summonses submitted by plaintiff to enable plaintiff to

properly serve copies of the complaint on the appropriate parties.  Plaintiff shall note that it is

her responsibility to properly serve copies of the complaint along with an appropriate

summons as required by Rule 4 of the Federal Rules of Civil Procedure.

  DATED this 27th day of May, 2009.


   _/s/ J. Richard Creatura_____
   J. Richard Creatura
   U.S. Magistrate Judge