# United States District Court

WESTERN DISTRICT OF WASHINGTON

MELISSA M. GLANBOCKY

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5149RJB/JRC

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    That this matter be remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. §405(g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **12/8/09**.


| December 11, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 

                                          *s/CM Gonzalez*
                                          Deputy Clerk