UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELISSA M. GLANBOCKY, | CASE NO. 3:09-cv-05149-RJB |
| Plaintiff, | ORDER TO REOPEN |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the Commissioner's Motion to Reopen.  Dkt. 26. The court has considered the relevant documents and the remainder of the file herein.

Based on the motion of the Commissioner (Dkt. 26), it is hereby

**ORDERED** that **the above matter be reopened**. Defendant shall file an Answer and the administrative record by November 1, 2013.  Following receipt of the administrative record, the Court shall issue a scheduling order in this matter.  This matter is **RE-REFERRED** to Magistrate Judge J. Richard Creatura for further proceedings.

ORDER TO REOPEN- 1

1     The Clerk is directed to send uncertified copies of this Order to all counsel of record and
2 to any party appearing *pro se* at said party's last known address.

3     Dated this 17th day of October, 2013.

*[signature]*

ROBERT J. BRYAN
United States District Judge