1

2

3

4

5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

MELISSA M. GLANBOCKY,

7
                        Plaintiff,          CASE NO. 09-cv-05149 RJB

8
        v.                                  ORDER ADOPTING REPORT AND
                                            RECOMMENDATION
9
CAROLYN W. COLVIN, Acting
10
Commissioner of the Social Security
Administration,
11
                        Defendant.
12

13      The Court, having reviewed the Report and Recommendation of Judge J. Richard

14  Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

15      (1)     The Court adopts the Report and Recommendation (Dkt. 41).

16      (2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42

17              U.S.C. § 405(g) to the Commissioner for further consideration.

18      (3)     **JUDGMENT** is for plaintiff and the case should be closed.

19      (4)     The Clerk is directed to send copies of this Order to counsel of record.

20  Dated this 21st day of July, 2014.

21

22

                                            ROBERT J. BRYAN
23                                          United States District Judge

24